# EXHIBIT A

## TOTAL INDIVIDUAL SETTLEMENT ALLOCATIONS

| Name | Total Individual Settlement Payments | Settlement Check 1<br>Net Amount Paid by 1099 to "Michael Faillace & Associates, P.C. As Attorneys for [Plaintiff]" (without tax withholdings) | Settlement Check 2<br>Gross Amount Paid by W-2 to each Plaintiff (less all applicable tax withholdings) |
|---|---|---|---|
| BRIONES, WELLINGTON | $14,733.60 | $9,822.40 | $4,911.20 |
| RAYON, LUIS JULIAN | $6,465.82 | $4,310.55 | $2,155.27 |
| MICHAEL FAILLACE & ASSOCIATES, P.C. (amount subject to approval by the Court) | $10,384.12 | $10,384.12 (to "Michael Faillace & Associates, P.C.") | N/A |
| **TOTAL SETTLEMENT** | **$31,583.54** | $24,517.07 | $7,066.47 |